THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JILL MERRICK, for herself, as a private attorney general, and/or on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>PREMIUM BRANDS OPCO LLC,<br><br>        Defendant. | NO. 2:25-cv-02291-JNW<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE CASES**<br><br>**<u>NOTED FOR CONSIDERATION</u>:** JANUARY 23, 2026 |

## I.      INTRODUCTION

Plaintiff Jill Merrick in the action entitled *Merrick v. Premium Brands Opco LLC*, Case No. 2:25-CV-02291-JNW ("*Merrick* Action") and Plaintiff Gayla Sue Breach in the action entitled *Breach v. Premium Brands Opco, LLC*, No. 2:26-cv-0021-TL ("*Breach* Action"), respectfully request that the Court consolidate the *Merrick* and *Breach* actions into a single consolidated action under Case No. 2:25-CV-02291-JNW. *See* Fed. R. Civ. P. 42; LCR 42(b).

## II.      STIPULATION

1.     The *Merrick* action was originally filed in King County Superior Court on October 10, 2025. Defendant Premium Brands Opco LLC removed the *Merrick* Action to this Court on November 14, 2025.

2.     The *Breach* Action was originally filed in King County Superior Court on December 4, 2025. Defendant Premium Brands removed the *Breach* Action to this Court on

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO
CONSOLIDATE CASES - 1
CASE NO. 2:25-cv-02291-JNW

January 5, 2026. Premium Brands filed a notice of related case in the *Breach* Action on the same day (at ECF No. 3).

3.       The *Merrick* Action is the earlier filed action under Local Civil Rule 42(a).

4.       All parties to both the *Merrick* and *Breach* actions agree that the cases should be consolidated for all purposes, including through trial. LCR 42(b).

5.       "If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed R. Civ. P. 42(a). Once the court identifies a common question of law or fact, it "considers factors such as the interests of justice, expeditious results, conservation of resources, avoiding inconsistent results, and the potential for prejudice." *Rittmann v. Amazon.com, Inc.*, No. C16-1554-JCC, 2019 WL 2994634, at *1 (W.D. Wash. July 9, 2019). The court balances "the savings of time and effort of consolidation will produce against any inconvenience, delay, confusion, or prejudice that may result." *Id.*

6.       Here, the parties agree that the *Merrick* and *Breach* actions should be consolidated because they involve overlapping factual and legal issues against the same defendant. Plaintiffs have asserted similar claims against Premium Brands for violations of Washington's Commercial Electronic Mail Act and Consumer Protection Act based alleged false or misleading email subject lines. The parties ask that the Court consolidate these two related actions and propose that Plaintiffs file a single consolidated amended class action complaint.

7.       The due date for Premium Brands' response to the complaints in both the Merrick and Breach actions is currently January 26, 2026. *See* ECF No. 17 in *Merrick* Action and ECF No. 7 in *Breach* Action.

8.       The parties are concurrently filing a stipulated motion to transfer the *Breach* Action so that the cases may be consolidated in accordance with LCR 42

9.       The parties request that the Court consolidate the *Merrick* and *Breach* Actions, and that the Court adopt the following schedule:

| Event | Proposed Deadline |
|---|---|
| Filing of Plaintiffs' Consolidated Class Action Complaint | 01/27/2026 |
| Defendant's Motion to Dismiss | 02/27/2026 |
| Plaintiffs' Response to Defendant's Motion to Dismiss | 03/20/2026 |
| Defendant's Reply | 03/27/2025 |

RESPECTFULLY SUBMITTED AND DATED this 28th day of January, 2026.

HATTIS LUKACS & CORRINGTON

By: */s/ Daniel M. Hattis*
Daniel M. Hattis, WSBA No. 50428
Email: dan@hattislaw.com
Che Corrington, WSBA No. 54241
Email: che@hattislaw.com
11711 SE 8th Street, Suite 120
Bellevue, Washington 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171


Daniel M. Hutchinson *Admitted Pro Hac Vice*
Email: dhutchinson@lchb.com
Roger N. Heller  *Admitted Pro Hac Vice*
Email:  rheller@lchb.com
Courtney J. Liss  *Admitted Pro Hac Vice*
Email: cliss@lchb.com
Sara B. Evall *Admitted Pro Hac Vice*
Email:  sevall@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiff Jill Merrick*

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP

By: */s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA #62516
Email: mbrooks@beneschlaw.com
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: (628) 600-2250

*Attorneys for Premium Brands Opco LLC*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO
CONSOLIDATE CASES - 3
CASE NO. 2:25-cv-02291-JNW

TERRELL MARSHALL LAW GROUP
PLLC

By: */s/ Beth E. Terrell*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
Eden B. Nordby, WSBA #58654
Email: enordby@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

Sophia M. Rios, *Pro Hac Vice Forthcoming*
Email: srios@bergermontague.com
BERGER & MONTAGUE, P.C.
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300

E. Michelle Drake, *Pro Hac Vice Forthcoming*
Email: emdrake@bergermontague.com
BERGER & MONTAGUE, P.C.
1229 Tyler Street NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5933

Colleen Fewer, *Pro Hac Vice Forthcoming*
Email: cfewer@bergermontague.com
BERGER & MONTAGUE, P.C.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 376-2097

James Hannaway, *Pro Hac Vice Forthcoming*
Email: jhannaway@bergermontague.com
BERGER & MONTAGUE, P.C.
1001 G Street NW, 4th Floor Suite 400 East
Washington, DC 20001
Telephone: (202) 869-4524

*Attorneys for Plaintiff Gayla Sue Breach in
Case No.* 2:26-cv-0021-TL

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONSOLIDATE CASES - 4
CASE NO. 2:25-cv-02291-JNW

### III.    ORDER

IT IS SO ORDERED. The CLERK is directed to consolidate *Merrick v. Premium Brands Opco LLC*, Case No. 2:25-CV-02291-JNW and *Breach v. Premium Brands Opco, LLC*, No. 2:26-cv-0021-TL, under Case No. 2:25-CV-02291-JNW.

The Court sets the following schedule:

| Event | Due Date |
|---|---|
| Filing of Plaintiffs' Consolidated Class Action Complaint | 01/29/2026 |
| Defendant's Motion to Dismiss | 02/28/2026 |
| Plaintiffs' Response to Defendant's Motion to Dismiss | 03/20/2026 |
| Defendant's Reply | 03/27/2025 |

DATED this 28th day of January, 2026.

_____

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
CONSOLIDATE CASES - 5
CASE NO. 2:25-cv-02291-JNW